with twenty dollars costs and disbursements in this court and ten dollars costs and disbursements in the Appellate Term, and the motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of BERNARD GLASS and Others, as Executors, etc., of NATHAN EPSTEIN, Deceased, Appellants, to Vacate and Set Aside a Certain Prior Judgment in Favor of ELIS SELTZER, and against HARRY BAUMSTONE, and for Further Relief. ELIS SELTZER, Respondent.— Orders reversed, with twenty dollars costs and disbursements, and motion to vacate judgment granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AEDITA S. FISHER, Respondent, v. HARRY C. FISHER, Also Known as "BUD" FISHER, Appellant.— Order modified by striking out amount allowed for disbursements, and reducing counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AEDITA S. FISHER, Respondent, v. HARRY C. FISHER, Also Known as "BUD" FISHER, Appellant.— Order reversed, and upon the request of counsel that we dispose of the entire matter, the motion to reduce alimony is denied, with twenty dollars costs and disbursements of this appeal to the respondent, on the ground that the affidavits alone do not clearly establish the right to the reduction sought. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARIAN HORTON PAINE KENNELLY, Appellant, Respondent, v. MARTIN S. PAINE, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. HARVARD FINANCIAL CORPORATION, Appellant; GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SENTINEL FIRE INSURANCE COMPANY of SPRINGFIELD, MASSACHUSETTS, Respondent, v. JOHNS-MANVILLE CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of J. H. BUNNELL & COMPANY for an Order Summarily Discharging from Record an Alleged Notice of Lien Filed by E. HOWARD CLOCK COMPANY against Moneys under Contract No. 109197 for Furnishing One Thousand (1,000) Complete Fire Alarm Boxes for the Fire Department of the City of New York. J. H. BUNNELL & COMPANY, Appellant, v. E. HOWARD CLOCK COMPANY, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, v. ROSA GENTILE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No